IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALTON L. BOWEN, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| | 1:14-CV-3679-WBH |
| SUNTRUST BROKERS, | |
| Defendants. | |

### ORDER

Plaintiff, proceeding pro se, filed the instant action and was granted leave to proceed *in forma pauperis*. [Doc. 2]. The matter is now before the Court for a frivolity determination pursuant to 28 U.S.C. § 1915(e)(2). Section 1915(e)(2) requires this Court to review and dismiss any pro se complaint filed *in forma pauperis* if the court determines that the action: (1) is frivolous, malicious or fails to state a claim on which relief may be granted or (2) seeks monetary relief against a defendant who is immune from such relief. Under this standard, a district court must review the complaint and dismiss *sua sponte* those claims premised on meritless legal theories or that clearly lack any factual basis. Denton v. Hernandez, 509 U.S. 25, 27 (1992).

As best this Court can determine, Plaintiff claims that he went to a SunTrust Bank, N.A., branch and gave a SunTrust employee funds to set up an account. When he went to the bank later, there was no record of the account and his funds were gone. Plaintiff claims that SunTrust and/or certain employees of SunTrust stole his money.

AO 72A
(Rev.8/82)

While Plaintiff may have technically stated a claim for conversion, this Court lacks jurisdiction to preside over such a state-law claim unless the plaintiff can establish complete diversity. 28 U.S.C. § 1332. Plaintiff lists his address in Atlanta, Georgia. SunTrust Bank, N.A. is headquartered in Atlanta, and Plaintiff has presented nothing to indicate that any of the SunTrust employees that might be named as Defendants live outside of Georgia. As such, this Court lacks subject matter jurisdiction over Plaintiff's claims.

It is therefore **ORDERED** that this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED,** this 3rd day of June, 2015.

WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE